Stathis & Leonardis, L.L.C.
32 South Main Street
Edison, New Jersey 08837
(732) 494-0600  File No.: 11-2219NJL
Attorney for Plaintiff, Gabriele Nufris
Attorney ID: 009651992

| | |
|---|---|
| GABRIELE NUFRIS, an individual | : UNITED STATES DISTRICT COURT<br>: DISTRICT OF NEW JERSEY |
| Plaintiff, | : |
| | : Civil Action No.: 3:14-cv-03583 (MAS) |
| vs. | : |
| | : **CIVIL ACTION** |
| HARLEYSVILLE INSURANCE COMPANY | : STIPULATION OF DISMISSAL<br>  WITH PREJUDICE |
| Defendant. | : |

This matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed without costs against either party as to all counts with prejudice.

Date: 8/1/15

Stathis & Leonardis, LLC

_____
Nicholas J. Leonardis, Esq.
Attorney for Plaintiff, Gabriele Nufris

Riker Danzig Scherer Hyland Perretti, LLP

_____
Peter Perkowski, Esq.
Attorney for Defendant, Harleysville